IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

UNITED STATES OF AMERICA,

  Plaintiff-Appellee,                            No. 25-1470

v.

WILLIAM SMITH,

  Defendant-Appellant.

_____

## DEFENDANT-APPELLANT'S UNOPPOSED MOTION FOR A 60-DAY EXTENSION TO FILE PRINCIPAL BRIEF ON APPEAL

NOW COMES the Defendant-Appellant, William Smith ("Defendant-Appellant"), through his counsel, Robert E. Higbee, pursuant to Federal Rule of Appellate Procedure 27 and Sixth Circuit Rule 26, states as follows for his Unopposed Motion for a 60-Day Extension to File Appellant's Principal Brief on Appeal:

1. The current date to file Defendant-Appellant's Principal Brief on Appeal is July 15, 2025.

2. Counsel for Defendant-Appellant is a sole practitioner and has numerous deadlines during the same time-period related to other state and federal matters. This requested extension is reasonable in light of those circumstances.

3. Counsel for Defendant-Appellant has not filed any motions to extend the filing date.

4. Pursuant to Federal Rule of Appellate Procedure 27 and Sixth Circuit Rule 26, Defendant-Appellant respectfully requests that the time for filing Defendant-Appellant's Principal Brief on Appeal be extended to September 15, 2025.

5. The Court regularly grants reasonable unopposed initial extension motions. *See e.g.*, Case No. 22-5496, *Laibel v. Lanter*; Case No. 21-5929, *Polyweave Packaging, Inc. v. Buttigieg*.

6. The Government concurs in the relief requested.

WHEREFORE, for the foregoing reasons, Defendant-Appellant respectfully requests that the date to file his Principal Brief on Appeal be extended 60 days to September 15, 2025.

Respectfully submitted,

s/Gerald K. Evelyn
Gerald K. Evelyn (P29182)
Attorneys for Defendant-Appellant
409 East Jefferson Ave., Ste. 500
Detroit, MI 48226
(313) 962-3500
geraldevelyn@yahoo.com

Dated: July 8, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2025, the above document(s) were electronically filed with the Clerk of the Court, United States Court of Appeals for the Sixth Circuit, using the CM/ECF Document Filing System, which will provide electronic copies to counsel of record.

s/Gerald K. Evelyn
Gerald K. Evelyn (P29182)
Attorneys for Defendant-Appellant
409 East Jefferson Ave., Ste. 500
Detroit, MI 48226
(313) 962-3500
geraldevelyn@yahoo.com