# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 08, 2025

Mr. Gerald K. Evelyn

Mr. Robert Edward Higbee

Mr. Robert Moran

      Re: Case No. 25-1470, *USA v. William Smith*
           Originating Case No. 2:24-cr-20532-1

Dear Counsel,

    Briefing in this case will be held in abeyance temporarily pending the completion of transcript. When this outstanding matter has been resolved, the clerk's office will issue a new briefing schedule or give the parties other instructions. The motion to extend time to file brief is **DENIED** as **MOOT**.

                          Sincerely yours,

                          s/Monica M. Page
                          Case Manager
                          Direct Dial No. 513-564-7021