IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

UNITED STATES OF AMERICA,

  Plaintiff-Appellee,

v.

WILLIAM SMITH,

  Defendant-Appellant.

No. 25-1470

_____

### DEFENDANT-APPELLANT'S UNOPPOSED MOTION FOR A 30-DAY EXTENSION TO FILE PRINCIPAL BRIEF ON APPEAL

NOW COMES the Defendant-Appellant, William Smith ("Defendant-Appellant"), through his counsel, Gerald K. Evelyn and Robert E. Higbee, pursuant to Federal Rule of Appellate Procedure 27 and Sixth Circuit Rule 26, states as follows for his Unopposed Motion for a 30-Day Extension to File Appellant's Principal Brief on Appeal:

    1.    The current date to file Defendant-Appellant's Principal Brief on Appeal is October 17, 2025.

    2.    Counsel for Defendant-Appellant is a sole practitioner and has numerous deadlines during the same time-period related to other state and federal matters. This requested extension is reasonable in light of those circumstances.

    3.    Counsel for Defendant-Appellant filed previous unopposed motions to extend the filing date on August 14, 2025, and September 12, 2025, both of which were granted.

    4.    Counsel has a medical issue that requires attention.

    5.    Pursuant to Federal Rule of Appellate Procedure 27 and Sixth Circuit Rule 26, Defendant-Appellant respectfully requests that the time for filing Defendant-Appellant's Principal Brief on Appeal be extended to November 17, 2025.

6. The Government concurs in the relief requested.

WHEREFORE, for the foregoing reasons, Defendant-Appellant respectfully requests that the date to file his Principal Brief on Appeal be extended 30 days to November 17, 2025.

Respectfully submitted,

s/Gerald K. Evelyn
Gerald K. Evelyn (P29182)
Robert E. Higbee (P82739)
Attorneys for Defendant-Appellant
409 East Jefferson Ave., Ste. 500
Detroit, MI 48226
(313) 962-3500
geraldevelyn@yahoo.com

Dated: October 16, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2025, the above document(s) were electronically filed with the Clerk of the Court, United States Court of Appeals for the Sixth Circuit, using the CM/ECF Document Filing System, which will provide electronic copies to counsel of record.

s/Gerald K. Evelyn
Gerald K. Evelyn (P29182)
Attorneys for Defendant-Appellant
409 East Jefferson Ave., Ste. 500
Detroit, MI 48226
(313) 962-3500
geraldevelyn@yahoo.com