# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: December 01, 2025

Mr. Gerald K. Evelyn

Mr. Robert Edward Higbee

Mr. Robert Moran

  Re: Case No. 25-1470
   *USA v. William Smith*
   Originating Case No. 2:24-cr-20532-1

Dear Counsel,

  Briefing in this case will be held in abeyance temporarily pending a ruling on the motion to dismiss case based upon appeal waiver. When this outstanding matter has been resolved, the clerk's office will issue a new briefing schedule or give the parties other instructions.

             Sincerely yours,

             s/Kelly Stephens

             Appeal Case Manager: Monica
             Direct Dial No. 513-564-7021