IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

UNITED STATES OF AMERICA,

  Plaintiff-Appellee,                                    No. 25-1470

v.

WILLIAM SMITH,

  Defendant-Appellant.

_____

**DEFENDANT-APPELLANT'S UNOPPOSED MOTION FOR A 10-DAY EXTENSION TO RESPOND TO PLAINTIFF-APPELLEE'S MOTION TO DISMISS APPEAL BASED ON APPEAL WAIVER**

NOW COMES the Defendant-Appellant, William Smith ("Defendant-Appellant"), through his counsel, Gerald K. Evelyn and Robert E. Higbee, pursuant to Federal Rule of Appellate Procedure 27 and Sixth Circuit Rule 26, states as follows for his Unopposed Motion for a 10-Day Extension to Respond to Plaintiff-Appellee Motion to Dismiss Appeal Based on Appeal Waiver:

1.     The current date to respond to Plaintiff-Appellee's Motion to Dismiss Appeal Based on Appeal Waiver is December 11, 2025.

2.     Counsel for Defendant-Appellant is a sole practitioner and has numerous deadlines during the same time-period related to other state and federal matters. This requested extension is reasonable in light of those circumstances.

3.     Counsel for Defendant-Appellant has not filed previous unopposed motions to extend the filing date to respond to said motion.

4.     Pursuant to Federal Rule of Appellate Procedure 27 and Sixth Circuit Rule 26, Defendant-Appellant respectfully requests that the time for filing Defendant-Appellant's Response

to Plaintiff-Appellee's Motion to Dismiss Based on Appeal Waiver be extended to December 22, 2025.

5. The Government concurs in the relief requested.

WHEREFORE, for the foregoing reasons, Defendant-Appellant respectfully requests that the date to respond to Plaintiff-Appellee's Motion to Dismiss Appeal Based on Appeal Waiver be extended 10 days to December 22, 2025.

Respectfully submitted,

s/Gerald K. Evelyn
Gerald K. Evelyn (P29182)
Robert E. Higbee (P82739)
Attorneys for Defendant-Appellant
409 East Jefferson Ave., Ste. 500
Detroit, MI 48226
(313) 962-3500
geraldevelyn@yahoo.com

Dated: December 11, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2025, the above document(s) were electronically filed with the Clerk of the Court, United States Court of Appeals for the Sixth Circuit, using the CM/ECF Document Filing System, which will provide electronic copies to counsel of record.

s/Gerald K. Evelyn
Gerald K. Evelyn (P29182)
Attorneys for Defendant-Appellant
409 East Jefferson Ave., Ste. 500
Detroit, MI 48226
(313) 962-3500
geraldevelyn@yahoo.com