## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: December 11, 2025

Mr. Gerald K. Evelyn

Mr. Robert Edward Higbee

Mr. Robert Moran

    Re: Case No. 25-1470
        *USA v. William Smith*
        Originating Case No. 2:24-cr-20532-1

Dear Counsel

    The appellant's motion to extend to file a response to the motion to dismiss is GRANTED. The response is now due December 22, 2025.

        Sincerely yours,

        s/Kelly Stephens

        Appeal Case Manager: Monica
        Direct Dial No. 513-564-7021