IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,                      No. 25-1470

v.

WILLIAM SMITH,

    Defendant-Appellant.

_____

**DEFENDANT-APPELLANT'S RESPONSE TO
PLAINTIFF-APPELLEE'S MOTION TO DISMISS APPEAL BASED ON APPEAL
WAIVER**

NOW COMES the Defendant-Appellant, William Smith ("Defendant-Appellant"), through his counsel, Gerald K. Evelyn and Robert E. Higbee, and as his response to Plaintiff-Appellee's Motion to Dismiss Appeal Based on Appeal Waiver, states as follows:

As Mr. Smith's Brief on Appeal recognized, his Rule 11 Plea Agreement contained waiver of appellate rights language (R. 24, p. 8), but that appellate waiver did not subject Mr. Smith to being sentenced at the whim of the district court. That is what occurred here. This Court recognized this appellate-waiver exception in *United States v. Caruthers*, 458 F.3d 459, 471-72 (6th Cir. 2016), which cited to *United States v. Marin*, 961 F.2d 493 (4th Cir. 1992). *Marin* recognized a non-exhaustively list of examples for this appellate-waiver exception, such as a sentence that exceeded the statutory maximum or considered constitutionally impermissible factors such as race. *Marin*, 961 F.2d at 496.

Here, and as set forth in Mr. Smith's Brief on Appeal, the district court sentenced Mr. Smith in a manner that was untethered to the § 3553(a) factors. (R. 24, pp. 9-13.) Further, the district court appeared to arbitrarily set the length of Mr. Smith's sentence to the length of his

employment at the Detroit Riverfront Conservancy. Id. A sentence fixed in this manner was not contemplated in Mr. Smith's appellate waiver, nor was the subordinate issue of whether the sentencing guidelines were calculated properly. Mr. Smith's appellate waiver does not foreclose this appeal, and the Court should deny the Government's motion.

WHEREFORE, Mr. Smith respectfully request that the Court deny the Government's motion to dismiss the appeal based on appeal waiver.

Respectfully submitted,


s/Gerald K. Evelyn
Gerald K. Evelyn (P29182)
Robert E. Higbee (P82739)
Attorneys for Defendant-Appellant
409 East Jefferson Ave., Ste. 500
Detroit, MI 48226
(313) 962-3500
geraldevelyn@yahoo.com

Dated: December 22, 2025


## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2025, the above document(s) were electronically filed with the Clerk of the Court, United States Court of Appeals for the Sixth Circuit, using the CM/ECF Document Filing System, which will provide electronic copies to counsel of record.

s/Gerald K. Evelyn
Gerald K. Evelyn (P29182)
Attorneys for Defendant-Appellant
409 East Jefferson Ave., Ste. 500
Detroit, MI 48226
(313) 962-3500
geraldevelyn@yahoo.com