No. 25-1470

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED

Jun 17, 2026
KELLY L. STEPHENS, Clerk

UNITED STATES OF AMERICA,

     Plaintiff-Appellee,

v.

WILLIAM A. SMITH,

     Defendant-Appellant.

Before:  NORRIS, NALBANDIAN, and HERMANDORFER, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Eastern District of Michigan at Detroit.

THIS MATTER was heard on the record and the pleadings without oral argument.  In accordance with the order entered on this date and incorporated herein,

IT IS HEREBY ORDERED that the motion to dismiss is GRANTED.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk